NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V                                                                       Crim. No. 3:95CR03049-02/RV

GRADY SNELL

     On August 10, 2001, the above named was placed on Supervised Release for a period of five (5) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Grady Snell be discharged from Supervised Release.

Respectfully submitted,

Donna D. Easterling  
U.S. Probation Officer

## ORDER OF THE COURT

     Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 28 day of April, 2005

Honorable Roger Vinson  
Senior United States District Judge

05 APR 29 AM 10:54

FILED